UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATHAN WALLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CV1203 RWS |
| ) | |
| ST. LOUIS COUNTY JUSTICE ) | |
| SERVICES, et. al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff's motion for an extension of time to file his response to Defendants' motions to dismiss [#37]. Plaintiff, a prisoner, states that he is unable to respond because he is "in the whole" [*sic*]. Plaintiff's request will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time is **GRANTED**. Plaintiff shall have until thirty (30) days from the date of this Order to respond to Defendants' motions to dismiss.

Dated this 15th Day of July, 2005.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE