UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CV1203 RWS |
| | ) | |
| WILLIAM E. BRADFORD, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Defendants have filed motions to dismiss Plaintiff's original Complaint. On September 6, 2005, I granted Plaintiff leave to file an amended complaint, and Plaintiff has done so. Plaintiff's First Amended Complaint appears to have mooted at least some of the arguments made in Defendants' motions to dismiss. As a result, I will deny the motions to dismiss without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motions to dismiss [# 23, 31, 33] are **DENIED** without prejudice.

Dated this 7th Day of September, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE